Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT   ADA
for the
_____ District of _____

_____ Division

Terez Lamon Lindsey
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Paul Inc
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:23-cv-425-AR
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

John security Gaurd the Abuser

Torres Hispanic Guy security Gaurd Partner

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Terez Lindsey Lamon
   Street Address: [illegible]
   City and County: Homeless 650 NW I Ave
   State and Zip Code: Portland Oregon
   Telephone Number: 971-713-1170
   E-mail Address: message #

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: DePaul Inc. (John) Security Guards
- Job or Title (if known):
- Street Address:
- City and County: Portland Oregon 97211
- State and Zip Code: NA
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Torres Security Group / DePaul Inc.
- Job or Title (if known):
- Street Address:
- City and County: Portland Oregon 97211
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: DPI Inc.
- Job or Title (if known):
- Street Address: Portland Oregon
- City and County:
- State and Zip Code: NA
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✗] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* __Tenez Lamon Lindsey__, is a citizen of the State of *(name)* __Oregon Portland__

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual __DePovL Inc__

   The defendant, *(name)* __John_____, is a citizen of the State of *(name)* __Oregon Portland__ Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* Torres security Gaurd, is incorporated under the laws of the State of *(name)* Oregon, and has its principal place of business in the State of *(name)* DePaul INC security

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was Harrased and assaulted by DPI Gaurdy security on a Sharis parking Lot in my motor Home the Gaurd told His partner He was going to in Hes FucN use me a Black male in the motor Home He Unlawite open my Door and took a swing or punch American me snatch key is bossing card out of my Hand For no Reason He's White americ m Black

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Couldn't believe this was happening to me I was scared for my life also His partner told me He told Him that he planned it. He opend my Door in Full uniform on the clock with is badges guns and cuffs and attack me my RV Dodge Coachman 1983

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

My Home 9 the time. I am lucky to be alive. I feel this is Penalty 9 Hate crime. He crush me

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

X    **A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/24/23

Signature of Plaintiff

Printed Name of Plaintiff

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

There was and arrestment made in this case person of interest corporation they work for DPI

security gaurds — Tores Savag
John the white male    Hispanic guy
Abuser
not arrested

Waitrus at the Time Jennifer Bishop
Shari Restvad
122 and San Fracesal
Winco Have incident report
Fili out
of the Day of Happing

Seargunt
Police Officer
SGRA Taylor Seargunt
Never gave me a police report
Like She promis and Täld me
She Never recived the Video Footge
                            they said they gave too

I am the victim in this case I felt verbal

I felt verbaly Abuse
and physicale Abuse
and my life could of been
taken if I fell in to their
plan to kill me. By making wours
But I knew He was trying
to provoke me to fight.

ONE Customer Service Center
PO Box 14015
Salem, OR 97309

 Oregon Department of Human Services

03/24/2023

Case Name: TEREZ LINDSEY
Case ID: 401241415

TEREZ LINDSEY
650 NW IRVING ST
PORTLAND, OR 97209-1272

## Verification of Current Food Benefits

This letter provides verification of food benefits you and your household is receiving. Your household currently gets:

$281.00 Supplemental Nutrition Assistance Program (SNAP) food benefits per month.

The following individuals are on your case:

**Name**

TEREZ LINDSEY



WEST ADVSD
MAR 2 4 2023
RECEIVED

**Questions?** Please visit https://benefits.oregon.gov or call
1-800-699-9075 or 711 (TTY)

SNP-026 (Rev 07/06/20)