IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TEREZ LAMAR LINDSEY**,<br><br>    Plaintiff,<br><br>v.<br><br>**DPAUL INC., TORRES SECURITY GROUP, JOHN SECURITY GUARD, TORRES SECURITY GUARD**,<br><br>    Defendants. | Case No. 3:23-cv-00425-AR<br><br>**JUDGMENT** |

    Based on the Court's Order, ECF 17, adopting Judge Armistead's Findings and Recommendation, ECF 14, **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED with prejudice.

    DATED this 25th day of August, 2023.

                                                                  /s/ Karin J. Immergut<br>
                                                                  Karin J. Immergut<br>
                                                                  United States District Judge